SAMUEL NATHANSON, respondent,

*v.*

ELIZABETH C. NORTON, appellant.

[Argued June 23d, 1916.    Decided November 20th, 1916.]

On appeal from a decree of the court of chancery.

*Mr. Aaron V. Dawes,* for the appellant.

*Messrs. McDermott & Enright,* for the respondent.

PER CURIAM.

This case is controlled by the decision of No. 19 at this term. The decree is affirmed.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER—14.

*For reversal*—None.